Alan L. Rosen, Esq., Esq., SBN: 67328
**ROSEN and LOEB**
2659 Townsgate Road, Suite 136
Westlake Village, CA  91361
(805) 777-0066 / (805) 777-7654 (fax)

Attorney for Defendant ROSEN and LOEB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELYN ORDONEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ROSEN and LOEB,<br><br>Defendants. | Case No.: 2:15-CV-02225-JAM-CKD<br><br>**ORDER SETTING ASIDE DEFAULT OF ROSEN AND LOEB** |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, pursuant to the Stipulation between the parties, the default of Rosen and Loeb be set aside forthwith.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Answer of Defendant Rosen and Loeb lodged with this Court be deemed filed this date.

DATED: 3/4/2016              /s/ John A. Mendez_____
                             Honorable John A. Mendez

---

STIPULATION TO SET ASIDE DEFAULT OF ROSEN AND LOEB