1 **THERESE S. HARRIS (SBN 246711)**
Of Counsel
M. Harvey Rephen & Associates, P.C.
935 Riverside Ave., Suite 7B
Paso Robles, CA  93446
Telephone: (805) 369-2053
Fax: (805) 715-7824
Email Address: tharris@tharrislawoffice.com

Attorney for Plaintiff, JOCELYN ORDONEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELYN ORDONEZ, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROSEN AND LOEB,<br><br>　　　　　　Defendant. | CASE NO:   2:15-cv-02225-JAM-DB<br><br>NOTICE OF SETTLEMENT OF ENTIRE CASE |

　　　This entire case has been settled.  A Request for Dismissal is being filed concurrently herewith.  The date of Settlement is October 18, 2016.

　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 10, 2016　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Therese S. Harris
　　　　　　　　　　　　　　　　　　　　THERESE S. HARRIS (SBN 246711)
　　　　　　　　　　　　　　　　　　　　935 Riverside Avenue, Suite 7B
　　　　　　　　　　　　　　　　　　　　Paso Robles, CA  93446
　　　　　　　　　　　　　　　　　　　　Telephone: (805) 369-2053
　　　　　　　　　　　　　　　　　　　　Facsimile: (805) 715-7824
　　　　　　　　　　　　　　　　　　　　Email: tharris@tharrislawoffice.com
　　　　　　　　　　　　　　　　　　　　Attorney for the Plaintiff, Jocelyn Ordonez