1 **THERESE S. HARRIS (SBN 246711)**
OF COUNSEL
2 M. HARVEY REPHEN & ASSOCIATES, P.C.
935 RIVERSIDE DRIVE, SUITE 7B
3 PASO ROBLES, CA 93446
Telephone: 805-369-2053
4 Facsimile:   805-715-7824
tharris@tharrislawoffice.com
5

6 Attorney for Plaintiff, JOCELYN ORDONEZ

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| JOCELYN ORDONEZ, an individual, | CASE NO: 2:15-cv-02225-JAM-DB |
| Plaintiff, | AMENDED ORDER GRANTING REQUEST TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| vs. | |
| ROSEN AND LOEB, | |
| Defendant. | |

   Based on the Request to Dismiss Entire Action with Prejudice filed in this action, the above-captioned action is dismissed with prejudice.

**IT IS SO ORDERED**:

DATED: 11/10/2016             /s/ John A. Mendez
                              HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE